FILED

06/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0727

# IN SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 19-0727

FARMERS INSURANCE EXCHANGE, )
)
Petitioner/Appellee, )
)
vs. )
)                              **ORDER GRANTING**
KATY WESSEL, JOHN MEHAN, )                **EXTENSION OF TIME**
MARC FLORA, GLORIA FLORA, and )
CONNIE CRITES AS THE PERSONAL )
REPRESENTATIVE OF THE ESTATES )
OF JOHN MICHAEL CRITES. )
)
Respondents/Appellants. )
)

PURSUANT to Appellants'/Cross-Appellees' Unopposed Motion for Extension of Time, and for good cause appearing,

IT IS HEREBY ORDERED that Appellants/Cross-Appellees Wessel and Mehan shall have to and including July 8, 2020, to file Appellants' Reply Brief and Cross-Appellees' Response Brief in the above-entitled matter.

DONE AND DATED this _____ day of June, 2020.

By _____
Clerk of the Supreme Court

**APPELLANTS'/CROSS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME--pg. 1**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 2 2020